

FILED
DEC 2 7 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Shawn William Carmichael        3527714

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**VERSUS**           **CIVIL ACTION NO.** 3:19-cv-00913
*(Number to be assigned by Court)*

Western Regional Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____   No ✓_____

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Western Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? look into it and then no answer

        2. What was the result? No answer they will not help me with this...

    D. If your answer is NO, explain why not: They ain't answering me. I talked to others and they say its losted.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Shawn William Carmichael

       Address: Western Regional Jail

    B. Additional Plaintiff(s) and Address(es): 10 'Hawlin Place Barbourville, W.V. 25504

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __Western Regional Jail__

is employed as: __Barbourville W.V.__

at _____

D. Additional defendants: _____

_____

_____

_____

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Jail lost my personly proption some of it like 1TH Phone LG-G8THiNKu²screans it's A $1,000 Phone, 2TH idem is my Car Keys that is over A$1,000 Because it is A 2019 Jeep cheroke(so it's reapy Hight in price And it Also Had my House key on it so i Have to change my locks, 3TH idem is my Walet with my ID card And SSD card And my det cards That Have money on Them And pitcher of my Kids now my Identity is At Risk Now, 4TH Idem is

4

## IV. Statement of Claim (continued):

My knife that is a $98.⁹⁸ Kirt-shaw, 5TH idem is my watch G-shock that is $89.⁹⁸ at Walmart, 6TH idem is my necklise Gold it was $249.⁹⁸ at Walmart.. Thats what all is missing now over $2500 dollars in stuff, "But my close that I had on is like my underArm Shirt. And my Liv's Jens And Hat And my Nike Boots that is All together is over $400 is there but my other stuff is missing

## V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

~~[scribbled out]~~ To Have the Jail Find All my stuff or Pay me what they losted And for the Risk of my Identity Getting Stolen And the Hasla of All This And me Having to Get out And Changing my locks on my House now so if the court can Help me with this Thank You...

5

V.  Relief (continued)):

Just Help with This matter Thank You...

VII. Counsel

A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____   No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: I Am in Jail And I can't Get no Answer over The Phone... I Am Trying To Get Help...

C.  Have you previously had a lawyer representing you in a civil action in this court?

Yes _____   No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                        (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)