# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SHAWN WILLIAM CARMICHAEL,

        Plaintiff,

v.                              CIVIL ACTION NO. 3:19-0913

WESTERN REGIONAL JAIL,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Plaintiff's Complaint (ECF No. 2) be dismissed, with prejudice; the Application to Proceed Without Prepayment of Fees and Costs be denied, as moot (ECF No. 1); and this civil action be removed from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **ORDERS** that Plaintiff's Complaint (ECF No. 2) be **DISMISSED, with prejudice**; the Application to Proceed Without Prepayment of Fees and Costs be **DENIED, as moot** (ECF No. 1); and this civil action be **REMOVED** from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: February 25, 2020

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE